**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Jennifer Kessinger,

      vs.            Case No. 2:21-cv-203

Ross County Sheriff Department, *et al.*,    **Judge Michael H. Watson**

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the March 6, 2024 Opinion and Order: Defendants' Motion for Summary Judgment is GRANTED.

Date:  **March 6, 2024**      **Richard Nagel, Clerk**

                                                                       s/ Jennifer Kacsor

                                                      By Jennifer Kacsor/Courtroom Deputy